**MATTHEW C. ELLIS, OSB No. 075800**
matthew@employmentlawpdx.com
**Matthew C. Ellis, PC**
621 SW Morrison St Ste 1025
Portland OR  97205
Telephone: 503/345-5407

**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

| | |
|---|---|
| **LORI BELL,** an individual,<br><br>                Plaintiff,<br><br>     v.<br><br>**CLACKAMAS COUNTY,** a local government, **and GREG GEIST,** an individual,<br><br>               Defendants. | **CASE NO.   3:22-cv-01885-MO**<br><br>**REPORT OF PARTIES RULE 26 CONFERENCE** |

1. Pursuant to FRCP 26(f) , the parties conferred on the contents of this proposed discovery plan on February 13, 2023.

2. The parties jointly propose the following discovery plan:

    a. Initial Disclosures pursuant to LR 26-7 due 30 days after Defendants' Answer, which is expected to be filed this week;

    b. Fact discovery to be completed by August 17, 2023;

    c. Dispositive motions, if any, to be filed by September 28, 2023;

    d. Joint ADR Report due 30 days after rulings on summary judgment or, if no dispositive motions are filed, 30 days after the dispositive motion deadline;

    e. Expert disclosures due 90 days prior to trial, with counter-designations of

rebuttal experts due 60 days prior to trial.

3. Consent to Magistrate: The parties discussed this topic and will file any consent forms in the appropriate manner by March 1, 2023.

DATED this 13th day of February, 2023.

                          s/Matthew C. Ellis
**MATTHEW C. ELLIS, OSB No. 075800**
Matthew C. Ellis, PC
621 SW Morrison, Ste 1025
Portland, OR 97205
(503) 345-5497
matthew@employmentlawpdx.com

Attorney for Plaintiff

                          s/Sarah D Foreman
**SARAH D. FOREMAN, OSB No. 042859**
Clackamas County Counsel
2051 Kaen Rd.
Oregon City, OR  97045
(503) 655-8363
sforeman@clackamas.us

 Attorney for Defendants