**MATTHEW C. ELLIS, OSB No. 075800**
matthew@employmentlawpdx.com
**Matthew C. Ellis, PC**
1500 SW 1st Ave Suite 1000
Portland, OR 97201
Telephone: 503/345-5407

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

| | |
|---|---|
| **LORI BELL,** an individual,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>**CLACKAMAS COUNTY,** a local government, **and GREG GEIST,** an individual,<br><br>　　　　　　Defendants. | CASE NO.  3:22-cv-01885-AN<br><br>NOTICE OF CHANGE OF ADDRESS |

　　　　Plaintiff's counsel submits this Notice of Change of Address for transmission of all documents in the above captioned case, effective October 30, 2023. All future correspondence, service of pleadings, and other documents submitted should be directed to the following address:

　　　　　　　　　　Matthew C. Ellis, PC

　　　　　　　　　　1500 SW 1st Ave Ste 1000

　　　　　　　　　　Portland, OR 97201

　　DATED this 27th day of October, 2023

                                              s/Matthew C. Ellis
                                **MATTHEW C. ELLIS, OSB No. 075800**
                                Matthew C. Ellis, PC
                                1500 SW 1st Ave Suite 1000
                                Portland, OR 97201
                                (503) 345-5497
                                matthew@employmentlawpdx.com

                                Attorney for Plaintiff

**Page 2 – Notice of Change of Address**